# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARISTIDES MARTINEZ,

                        Plaintiff,

    v.

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS, IBEW
LOCAL UNION NO. 98,

                        Defendant.

CIVIL ACTION

No. 06-04539

## ORDER

AND NOW, this 26th day of May, 2009, for the reasons stated in the accompanying opinion, it is hereby ORDERED that defendant's motion for summary judgment (Docket No. 31) is GRANTED.

BY THE COURT:

/ s / Louis H. Pollak, J.
Pollak, J.